UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THOMPSON #229033,            )
           Petitioner,            )
                                )       No. 1:10-cv-132
-v-                                                  )
                                )       HONORABLE PAUL L. MALONEY
BLAINE LAFLER,                                )
           Respondent.            )
_____)

## JUDGMENT

Having denied Petitioner Michael Thompson's petition for writ of habeas corpus under 28

U.S.C. § 2254 (ECF No. 1), as required by Federal Rule of Civil Procedure 58, *see Gillis v. United*

*States*, 729 F.3d 641 (6th Cir. 2013), **JUDGMENT** enters in favor of Respondent and against

Petitioner.  A notice of appeal must ordinarily be filed within 30 days from the entry of this

judgment under FED. R. APP. P. 4(a).

     **THIS ACTION IS TERMINATED.**

     **IT IS SO ORDERED.**

Date:   May 8, 2014               /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge